UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**Blanca Rosa Gomez**,

Debtor.
_____/

Chapter 7

Case No.  14-21204-AJC

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
(Property Address: 1724 W 66th Pl # 12, Hialeah, FL 33012)

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB ("Secured Creditor"), its Successors and/or Assigns, in the above-captioned case, and requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed on the Service List below on October 28, 2014.

Respectfully Submitted,

Marinosci Law Group, P.C.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: cdelisser@mlg-defaultlaw.com

/s/  Connie J. Delisser
Connie J. Delisser, Esq.
Florida Bar No. 293740

*MLG File No. 14-08489*

## SERVICE LIST

*Trustee*
Drew M Dillworth
2200 Museum Tower
150 West Flagler St
Miami, FL 33130


*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130


Blanca Rosa Gomez
1724 W. 66 Place
Hialeah, FL 33012


Christian S Diaz
14100 Palmetto Frontage Road, Suite 203
Miami Lakes, FL 33016

*MLG File No. 14-08489*